**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FREDERICK LUNA, | ) | NO. CV 12-10987-BRO (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| J. SOTO, Warden, | ) | |
| Respondent. | ) | |

   Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

   DATED: June 27, 2014.

                              _____
                              BEVERLY REID O'CONNELL
                              UNITED STATES DISTRICT JUDGE